**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Oneal A. Spearman<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4593<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–24552–ABA | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Oneal A. Spearman

6/9/20                                                                  **By the court:** Andrew B. Altenburg Jr.
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 15-24552-ABA
Oneal A. Spearman                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jun 09, 2020
                              Form ID: 3180W          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db             #Oneal A. Spearman,    402 Evans Ct,    Mount Laurel, NJ 08054-4205
515839318      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515657068      +Postal Empl C U,    4248 S Broad St,    Trenton, NJ 08620-2105
515657070       Summit Apartments,    901 Bradley Ct,    Mount Laurel, NJ 08054-4207
515657065     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Guaranty Bank,    PO Box 3274,    Milwaukee, WI 53201-3274)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 23:40:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 23:40:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515657061       EDI: ARSN.COM Jun 10 2020 03:23:00     ARS National Services, Inc.,    PO Box 463023,
                 Escondido, CA 92046-3023
515657062       EDI: BANKAMER.COM Jun 10 2020 03:23:00     Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
515657063       E-mail/Text: cms-bk@cms-collect.com Jun 09 2020 23:40:41     Capital Management Services, LP,
                 698 1/2 S Ogden St,    Buffalo, NY 14206-2317
515778394       EDI: BL-BECKET.COM Jun 10 2020 03:23:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515667069       EDI: DISCOVER.COM Jun 10 2020 03:23:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
515657064      +EDI: DISCOVER.COM Jun 10 2020 03:23:00     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
515657066      +E-mail/Text: bncnotices@becket-lee.com Jun 09 2020 23:40:29     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
515709116      +E-mail/Text: camanagement@mtb.com Jun 09 2020 23:40:42     Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
515657067       E-mail/Text: camanagement@mtb.com Jun 09 2020 23:40:42     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd FL,    Williamsville, NY 14221-7748
515845374       EDI: PRA.COM Jun 10 2020 03:23:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515657069      +EDI: SEARS.COM Jun 10 2020 03:23:00     Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 09, 2020
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC
         josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

        Lee Martin Perlman    on behalf of Debtor Oneal A. Spearman ecf@newjerseybankruptcy.com,
         mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

        Lynn Therese Nolan    on behalf of Creditor    Lakeview Loan Servicing, LLC
         ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

        Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing, LLC
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

        Michael R. Brower    on behalf of Debtor Oneal A. Spearman mbrower@drnj.org

                                                                                                                                    TOTAL: 8